AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynn, Barbara M. | U.S.D.C.-No. District of Texas | 08/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Federal Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1572
Dallas, TX 75242

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Co-Trustee | Family Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | Member | Board of Directors, Southern Methodist University Tate Lecture Series |
| 6. | Trustee | Board of Trustees, American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 8-11, 2015 | Laguna Beach, CA | Winter Leadership Meeting | Transportation, meals, hotel |
| 2. | State Bar of Texas | January 15-16, 2015 | San Antonio, TX | Litigation Section Update Seminar | Transportation, meals, hotel |
| 3. | American Inns of Court | January 28-February 1, 2015 | Orlando, FL | Board Meeting | Transportation, meals, hotel |
| 4. | State Bar of Texas | February 25-26, 2015 | New Orleans, LA | Advanced Trial Strategies | Transportation, meals, hotel |
| 5. | University of Southern California | March 22-25, 2015 | Los Angeles, CA | 2015 Intellectual Property Institute | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M. | 08/12/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | New York Intellectual Property Law Association | March 27-29, 2015 | New York, NY | Annual Dinner in Honor of the Federal Judiciary | Transportation, meals, hotel |
| 7. | Houston IP Inn of Court | April 14, 2015 | Houston, TX | Inn of Court Meeting | Transportation, meals, hotel |
| 8. | University of Texas | April 14-18, 2015 | Austin, TX | 2015 Women's Power Summit | Transportation, meals, hotel |
| 9. | American Inns of Court | May 12-13, 2015 | Washington, DC | Strategic Planning Meeting | Transportation, meals, hotel |
| 10. | American Inns of Court | May 29-31, 2015 | Anaheim, CA | Board Meeting | Transportation, meals, hotel |
| 11. | American Bar Association | June 4-7, 2015 | Asheville, NC | Spring Leadership Meeting | Transportation, meals, hotel |
| 12. | State Bar of Texas | June 18, 2015 | Austin, TX | Annual Meeting | Transportation, meals, hotel |
| 13. | Federal Circuit Bar Association | June 24-28, 2015 | Dana Point, CA | 2015 Bench and Bar Conference | Transportation, meals, hotel |
| 14. | New York University | September 10-13, 2015 | New York, NY | Civil Jury Project | Transportation, meals, hotel |
| 15. | Houston Intellectual Property Law Association | September 24-26, 2015 | Galveston, TX | 31st Annual Institute on Intellectual Property Law | Transportation, meals, hotel |
| 16. | American Bar Association | October 8-10, 2015 | Memphis, TN | Fall Leadership Meeting | Transportation, meals, hotel |
| 17. | The Sedona Conference | October 18-20, 2015 | Washington, DC | Sedona 15th Annual Patent Litigation Conference | Transportation, meals, hotel |
| 18. | Eastern District of Texas Bar Association | October 21-23, 2015 | Plano, TX | 2015 Eastern District of Texas Bench Bar Conference | Transportation, meals, hotel |
| 19. | American Inns of Court | October 23-24, 2015 | Washington, DC | Board Meeting | Transportation, meals, hotel |
| 20. | The Honorable Barbara M. G. Lynn American Inn of Court | October 24, 2015 | Washington, DC | Celebration of Excellence Dinner | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Account #1 (includes 2-42) | | | | | | | | | |
| 2. -Vanguard Ext. Mkt Idx Adm | C | Dividend | N | T | Sold (part) | 03/24/15 | J | | |
| 3. -Vanguard Ext. Mkt Idx Adm | | | | | Sold (part) | 09/22/15 | J | | |
| 4. -Vanguard Ext. Mkt Idx Adm | | | | | Sold (part) | 12/16/15 | J | | |
| 5. -Vanguard Int Term TE Adm | F | Dividend | P1 | T | Redeemed (part) | 01/26/15 | J | | |
| 6. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 04/27/15 | J | | |
| 7. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 07/27/15 | J | | |
| 8. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 10/26/15 | J | | |
| 9. -Vanguard 500 Idx Adm | E | Dividend | O | T | Sold (part) | 03/20/15 | J | | |
| 10. -Vanguard 500 Idx Adm | | | | | Sold (part) | 06/19/15 | J | | |
| 11. -Vanguard 500 Idx Adm | | | | | Sold (part) | 09/18/15 | J | | |
| 12. -Vanguard 500 Idx Adm | | | | | Sold (part) | 12/18/15 | J | | |
| 13. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | Sold (part) | 03/26/15 | J | | |
| 14. -Vanguard Tax Managed Cap Ap Adm | | | | | Sold (part) | 09/22/15 | J | | |
| 15. -Vanguard Tax Managed Cap Ap Adm | | | | | Sold (part) | 12/24/15 | J | | |
| 16. -Vanguard Ttl Int Stock Index Adm | E | Dividend | O | T | Sold (part) | 03/24/15 | J | | |
| 17. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 06/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 09/24/15 | J | | |
| 19. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/18/15 | J | | |
| 20. -Vanguard Ttl Stk Ix Adm | F | Dividend | P1 | T | Sold (part) | 03/24/15 | K | | |
| 21. -Vanguard Ttl Stk Ix Adm | | | | | Sold (part) | 06/25/15 | K | | |
| 22. -Vanguard Ttl Stk Ix Adm | | | | | Sold (part) | 09/24/15 | K | | |
| 23. -Vanguard Ttl Stk Ix Adm | | | | | Sold (part) | 12/18/15 | K | | |
| 24. -Vanguard Long Term TE Adm | D | Dividend | N | T | | | | | |
| 25. -Vanguard Ltd Term TE Adm | E | Dividend | P1 | T | Buy | 03/20/15 | J | | |
| 26. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/24/15 | J | | |
| 27. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/24/15 | K | | |
| 28. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/24/15 | J | | |
| 29. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/26/15 | J | | |
| 30. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/19/15 | J | | |
| 31. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/25/15 | J | | |
| 32. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/25/15 | K | | |
| 33. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/18/15 | J | | |
| 34. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/22/15 | J | | |
| 36. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/24/15 | J | | |
| 37. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/24/15 | K | | |
| 38. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/16/15 | J | | |
| 39. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/18/15 | J | | |
| 40. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/18/15 | J | | |
| 41. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/18/15 | K | | |
| 42. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/24/15 | J | | |
| 43. Vanguard Account #2 (includes 44) | | | | | | | | | |
| 44. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |
| 45. Vanguard Account #3 (includes 46-62) | | | | | | | | | |
| 46. -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | O | T | | | | | |
| 47. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy | 03/24/15 | J | | |
| 48. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/24/15 | J | | |
| 49. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/25/15 | J | | |
| 50. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/25/15 | J | | |
| 51. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/24/15 | J | | |
| 53. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/18/15 | J | | |
| 54. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/18/15 | J | | |
| 55. -Vanguard Ttl Stk Mkt Idx Adm | D | Dividend | O | T | Sold (part) | 03/24/15 | J | | |
| 56. -Vanguard Ttl Stk Mkt Idx Adm | | | | | Sold (part) | 06/25/15 | J | | |
| 57. -Vanguard Ttl Stk Mkt Idx Adm | | | | | Sold (part) | 09/24/15 | J | | |
| 58. -Vanguard Ttl Stk Mkt Idx Adm | | | | | Sold (part) | 12/18/15 | J | | |
| 59. -Vanguard Ttl Int Stock Index Adm | C | Dividend | M | T | Sold (part) | 03/24/15 | J | | |
| 60. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 06/25/15 | J | | |
| 61. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 09/24/15 | J | | |
| 62. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/18/15 | J | | |
| 63. Vanguard Account #4 (includes 64) | | | | | | | | | |
| 64. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |
| 65. Vanguard Account #5 (includes 66) | | | | | | | | | |
| 66. -Vanguard Tax Ex MM | A | Dividend | L | T | | | | | |
| 67. Vanguard R/O IRA #1 (includes 68-71) | | | | | | | | | |
| 68. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -Vanguard Ttl Bnd Mkt Idx Adm | D | Dividend | N | T | | | | | |
| 70. | -Vanguard Ttl Int Bond Mkt Idx Adm | D | Dividend | N | T | | | | | |
| 71. | -Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 72. | Vanguard IRA #1 (includes 73) | | | | | | | | | |
| 73. | -Vanguard Total Bd Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 74. | Trust #1 (includes 75-80) | | | | | | | | | |
| 75. | -Vanguard Int Term TE Adm | C | Dividend | M | T | | | | | |
| 76. | -Vanguard Prime Money Mkt | A | Dividend | J | T | Buy | 04/28/15 | J | | |
| 77. | -Vanguard Prime Money Mkt | | | | | Buy | 10/23/15 | J | | |
| 78. | -Vanguard Ttl Int Stock Index Adm | B | Dividend | K | T | | | | | |
| 79. | -Vanguard Ttl Stk Ix Adm | D | Dividend | N | T | | | | | |
| 80. | - Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 81. | Trust #2 (includes 82-84) | | | | | | | | | |
| 82. | -Vanguard Ttl Intl Stock Ix Adm | D | Dividend | M | T | | | | | |
| 83. | -Vanguard Ttl Stock Ix Adm | D | Dividend | O | T | Sold (part) | 04/01/15 | J | A | |
| 84. | - Pioneeer Natural Resources | A | Dividend | J | T | | | | | |
| 85. | Vanguard Trust #3 (includes 86-90) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Prime Money Mkt | A | Dividend | J | T | Redeemed (part) | 04/01/15 | J | | |
| 87. -Vanguard Prime Money Mkt | | | | | Buy | 04/01/15 | J | | |
| 88. -Vanguard Prime Money Mkt | | | | | Redeemed (part) | 04/02/15 | J | | |
| 89. -Vanguard Prime Money Mkt | | | | | Buy (add'l) | 04/28/15 | J | | |
| 90. -Vanguard Prime Money Mkt | | | | | Buy (add'l) | 10/23/15 | J | | |
| 91. Vanguard Trust # 4 (include 92-99) | | | | | | | | | |
| 92. -Vanguard Prime Money Mkt Fund | A | Dividend | J | T | Sold (part) | 03/11/15 | K | | |
| 93. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 03/11/15 | K | | |
| 94. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 03/11/15 | K | | |
| 95. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 03/11/15 | J | | |
| 96. -Vanguard Int. Tax Ex Adm | B | Dividend | L | T | Buy | 03/11/15 | J | | |
| 97. -Vanguard Ltd Term TE Adm | A | Dividend | K | T | Buy | 03/11/15 | K | | |
| 98. -Vanguard Int'l Stk Adm | B | Dividend | K | T | Buy | 03/11/15 | K | | |
| 99. -Vanguard Ttl Stk Ix Adm | C | Dividend | M | T | Buy | 03/11/15 | K | | |
| 100. Vanguard SEP IRA #1 (includes 101) | B | Dividend | L | T | | | | | |
| 101. -Vanguard Ttl Bnd Mkt Idx Adm | | | | | | | | | |
| 102. Vanguard R/O IRA #1 (inlcudes 103-106) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 104.  -Vanguard ttl Bd Mkt Idx Adm | D | Dividend | M | T | | | | | |
| 105.  -Vanguard Ttl Int Bd Mkt Idx | D | Dividend | N | T | | | | | |
| 106.  -Vanguard ST Inv Grd Adm | C | Dividend | M | T | | | | | |
| 107.  Vanguard R/O IRA #2 (includes 108-110) | | | | | | | | | |
| 108.  -Vanguard Int Inv Grade Adm | E | Dividend | P1 | T | Buy | 03/11/15 | L | | |
| 109.  -Vanguard Ttl Int Bond Idx Adm | D | Dividend | O | T | Buy | 04/01/15 | M | | |
| 110.  -Vanguard ST Inv Grd Adm | D | Dividend | N | T | | | | | |
| 111.  Vanguard IRA (includes 112) | | | | | | | | | |
| 112.  -Vanguard Ttl Bnd Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 113.  Vanguard Trust #1 (includes 114-120) | | | | | | | | | |
| 114.  -Vanguard LifeStrat Mod Growth | B | Dividend | L | T | Sold (part) | 03/30/15 | J | | |
| 115.  -Vanguard LifeStrat Mod Growth | | | | | Sold (part) | 07/06/15 | J | | |
| 116.  -Vanguard LifeStrat Mod Growth | | | | | Buy | 12/01/15 | J | | |
| 117.  -Vanguard Tax Ex MM | | | | | Buy | 03/30/15 | J | | |
| 118.  -Vanguard Tax EX MM | | | | | Sold (part) | 03/31/15 | J | | |
| 119.  -Vanguard Tax EX MM | | | | | Buy (add'l) | 07/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Tax Ex MM | | | | | Sold | 07/07/15 | J | | |
| 121. Vanguard Trust #2 (includes 122-128) | | | | | | | | | |
| 122. -Vanguard LifeStrat Mod Growth | C | Dividend | M | T | Sold (part) | 03/30/15 | J | | |
| 123. -Vanguard LifeStrat Mod Growth | | | | | Sold (part) | 07/06/15 | J | | |
| 124. -Vanguard LifeStrat Mod Growth | | | | | Buy | 12/01/15 | J | | |
| 125. -Vanguard Tax Ex MM | | | | | Buy | 03/30/15 | J | | |
| 126. -Vanguard Tax Ex MM | | | | | Sold (part) | 03/31/15 | J | | |
| 127. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 07/06/15 | J | | |
| 128. -Vanguard Tax Ex MM | | | | | Sold | 07/07/15 | J | | |
| 129. Investments Ltd (includes 130-158) | | | | | | | | | |
| 130. -Vanguard 500 Idx Adm | E | Dividend | P1 | T | Sold (part) | 03/20/15 | J | | |
| 131. -Vanguard 500 Idx Adm | | | | | Sold (part) | 06/19/15 | J | | |
| 132. -Vanguard 500 Idx Adm | | | | | Sold (part) | 09/18/15 | J | | |
| 133. -Vanguard 500 Idx Adm | | | | | Sold (part) | 12/18/15 | J | | |
| 134. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy | 03/20/15 | J | | |
| 135. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/24/15 | J | | |
| 136. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/26/15 | J | | |
| 138. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/19/15 | J | | |
| 139. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/25/15 | K | | |
| 140. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/18/15 | J | | |
| 141. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/22/15 | J | | |
| 142. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/22/15 | K | | |
| 143. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/24/15 | J | | |
| 144. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/16/15 | J | | |
| 145. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/18/15 | J | | |
| 146. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/18/15 | J | | |
| 147. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/24/15 | J | | |
| 148. -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | Sold (part) | 03/26/15 | J | | |
| 149. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Sold (part) | 09/22/15 | K | | |
| 150. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Sold (part) | 12/24/15 | J | | |
| 151. -Vanguard Ttl Int Stock Index Adm | F | Dividend | P1 | T | Sold (part) | 03/24/15 | J | | |
| 152. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 06/25/15 | K | | |
| 153. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 09/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/18/15 | J | | |
| 155. -Vanguard Ltd Term Tax Ex Adm | E | Dividend | P1 | T | | | | | |
| 156. -Vanguard Ext Mkt Idx Adm | D | Dividend | O | T | Sold (part) | 03/24/15 | J | | |
| 157. -Vanguard Ext Mkt Idx Adm | | | | | Sold (part) | 09/22/15 | J | | |
| 158. -Vanguard Ext Mkt Idx Adm | | | | | Sold (part) | 12/16/15 | J | | |
| 159. Management Ltd (includes 160) | | | | | | | | | |
| 160. -Prime Money Market | A | Dividend | J | T | | | | | |
| 161. 401k-LTPC Profit Sharing | D | Dividend | L | T | | | | | |
| 162. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 163. JP Morgan Chase | A | Interest | J | T | | | | | |
| 164. Comerica | A | Interest | O | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544